**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Dorothy Lynette Reddic | ) | |
|     Plaintiff | ) | Case No.: 3:18-cv-50043 |
| | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | |
| James T. Dimas, *et* al | ) | Magistrate Judge Lisa A. Jensen |
|     Defendants. | ) | |

**MOTION TO DISMISS DEFENDANTS PRAIRIE STATE LEGAL SERVICES, INC., MICHAEL O'CONNOR, AND KIMBERLY THIELBAR PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6).**

Defendants Michael O'Connor, Kimberly Thielbar, and Board of Directors for Prairie State Legal Services respectfully move this Court to dismiss them from this case pursuant to Federal Rule of Civil Procedure 12(b)(6) since plaintiff Dorothy Reddic's complaint in this case does not state a claim upon which relief can be granted. In support of this motion plaintiffs allege the following.

1. . Defendant Kimberly Thielbar is a managing attorney at and defendant Michael O'Connor is the Executive Director of Prairie State Legal Services, Inc. (Prairie State). Prairie State is an Illinois not for profit civil legal aid program generally providing civil legal aid to low income, elderly, and disabled clients without charge. Since Board of Directors for Prairie State Legal Services is not an existing legal entity and the complaint does not name as defendants individual members of Prairie State Board of Directors, it is assumed that Ms. Reddic is naming Prairie State as a defendant.

2. Ms. Redicc's complaint fails to allege sufficient facts that are not legal conclusions to support her claims.

3. Insofar as Ms. Redicc alleges that these defendants violated constitutional due process and equal protection she fails to state a claim because they are not state actors and not subject to the Fourteenth Amendment to the United States Constitution.

This motion is based on the accompanying memorandum and the pleadings and papers on file in this case.

        Respectfully submitted,

        s/ Bernard H. Shapiro

        Bernard H. Shapiro Bar Number 2564009
        Attorney for Prairie State Legal Services Inc.,
        Michael O'Connor, Kimberly Thielbar
        Prairie State Legal Services, Inc.
        303 N. Main Street, Suite 600
        Rockford, Illinois 61101
        Telephone: 815-965-2134
        Email: bshapiro@pslegal.org
        Fax: 815-965-1081

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Motion to Dismiss Defendants Prairie State Legal Services, Inc., Michael O'Connor, and Kimberly Thielbar Pursuant to Federal Rule of Civil Procedure 12(b)(6)** was mailed to plaintiff Dorothy A. Reddic, a non- e-filer by first class mail, postage prepaid at her address at 1335 4th Street, Rockford, IL 61104 on May 2, 2019.

        s/ Bernard H. Shapiro

        Bernard H. Shapiro Bar Number 2564009
        Attorney for Prairie State Legal Services, Inc,
        Michael O'Connor, Kimberly Thielbar
        Prairie State Legal Services, Inc.
        303 N. Main Street, Suite 600
        Rockford, Illinois 61101
        Telephone: 815-965-2134

Email: bshapiro@pslegal.org
Fax: 815-965-1081