# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| DOROTHY REDDIC, | |
| Plaintiff, | No. 3:18-cv-50043 |
| v. | |
| JAMES T. DIMAS, *et al.*, | Judge Frederick J. Kapala |
| Defendants. | Magistrate Judge Lisa A. Jensen |

### STATE DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S AMENDED COMPLAINT

Defendants James T. Dimas, Robert Grindle, Ganapathi Ramaswamy, Martha Younger-White, Corey-Anne Gulkewicz, Richard Madison, Kelly Pasholk, Rosa Rodriguez, Emily Meehan, Quinetta Wade, Francisco Alvarado, Leslie Jenkins, Louis Hamer, James Knauf, Daniel Grohens, Sonya Wiley, Beatrice Mwinzi, Antoinette Kwateng, Lisa Freeman, and Gregory Brady (collectively the "State Defendants"), by their attorney, Kwame Raoul, Attorney General of Illinois, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss Plaintiff's Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, the State Defendants respectfully request that this honorable Court grant their motion to dismiss Plaintiff's Amended Complaint.

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| KWAME RAOUL | /s/ *Erin Walsh* |
| Attorney General of Illinois | ERIN WALSH<br>Assistant Attorney General<br>General Law Bureau<br>100 W. Randolph, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-6122<br>ewalsh@atg.state.il.us<br><br>*Attorney for State Defendants* |